**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**PHILLIP DEWAYNE STEWART**                                          **PLAINTIFF**
**ADC #151956**

**V.**                           **CASE NO. 4:17-CV-00065 SWW-BD**

**LEON JOHNSON, Judge,**
**Pulaski County Circuit Court;** *et al.*                              **DEFENDANTS**

**RECOMMENDED DISPOSITION**

**I.    Procedures for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to Judge

Susan Webber Wright.  Mr. Stewart may file written objections to this Recommendation.

Objections must be specific and must include the factual or legal basis for the objection.

To be considered, objections must be received in the office of the United States District

Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Wright can adopt this Recommendation without

independently reviewing the record.  By not objecting, Mr. Stewart may also waive any

right to appeal questions of fact.

**II.    Background:**

On February 1, 2017, Plaintiff Phillip Dewayne Stewart, an Arkansas Department

of Correction inmate, filed this action under 42 U.S.C. § 1983.  (Docket entry #2)  On

February 7, 2017, the Court denied Mr. Stewart's application to proceed *in forma*

*pauperis* (IFP) because of his litigation history.  (#4)  Mr. Stewart has more than three

"strikes" (*i.e.*, cases dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted),[1] and accordingly, he cannot proceed IFP in federal court absent an allegation that he is in imminent danger of serious physical injury.  28 U.S.C. § 1915(g).

In the February 7 Order, the Court allowed Mr. Stewart thirty (30) days to submit the $400 filing fee or risk dismissal of his lawsuit. (#4)  Mr. Stewart then filed two additional IFP applications (#5 and 7) and two amended complaints (#6 and #8).  On March 1, 2017, the Court denied Mr. Stewart's IFP applications finding that he had not pleaded sufficient facts to allege imminent danger of serious physical injury.  (#9)  The Court allowed Mr. Stewart until March 8, 2017, to submit the $400 filing fee or risk dismissal of his lawsuit.

To date, Mr. Stewart has failed to pay the filing fee, as required in the Court's February 7 and March 1 Orders, and the time for doing so has passed.  Therefore, the Court recommends that Mr. Stewart's claims be DISMISSED, without prejudice, based on his failure to comply with the Court Orders requiring him to pay the filing fee.

---

[1] The following dismissals constitute "strikes" for purposes of 28 U.S.C. § 1915(g): *Stewart v. Evans*, E.D. Ark. Case No. 5:16cv81 (dismissed March 24, 2016); *Stewart v. Hobbs, et al.*, W.D. Ark. Case No. 6:15cv6023 (dismissed Jan. 26, 2016); *Stewart v. Murphy, et al.*, W.D. Ark. Case No. 6:14cv6077 (dismissed March 15, 2015); and *Stewart v. Hobbs, et al.*, E.D. Ark. Case No. 5:13cv381 (dismissed Jan. 31, 2014).

DATED this 10th day of March, 2017.

_____
UNITED STATES MAGISTRATE JUDGE