**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**PHILLIP DEWAYNE STEWART**                                                        **PLAINTIFF**
**ADC #151956**

**V.**                              **CASE NO. 4:17-CV-00065 SWW-BD**

**LEON JOHNSON, Judge,**
**Pulaski County Circuit Court;** *et al.*                                    **DEFENDANTS**

<u>**ORDER**</u>

The Court has received and reviewed the Recommended Disposition

("Recommendation") filed by Magistrate Judge Beth Deere.  After careful consideration

of Mr. Stewart's timely objections, and upon a *de novo* review of the record, the Court

concludes that the Recommendation should be, and hereby is, approved and adopted as

this Court's findings in all respects.

Mr. Stewart's claims are DISMISSED, without prejudice.

IT IS SO ORDERED, this 11th day of April, 2017.


<u>/s/Susan Webber Wright</u>
UNITED STATES DISTRICT JUDGE