# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

PHILLIP DEWAYNE STEWART                                               PLAINTIFF
ADC #151956

V.                          CASE NO. 4:17-CV-00065 SWW-BD

LEON JOHNSON, Judge,
Pulaski County Circuit Court; *et al.*                                DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 11th day of April, 2017.

                /s/Susan Webber Wright
                UNITED STATES DISTRICT JUDGE